**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARVI SHAH, | Case No.: 2:26-cv-01273-APG-DJA |
| Plaintiff | **Order Reassigning Case** |
| v. | |
| WAYNE HUANG, et al., | |
| Defendants | |

Under Local Rule 42-1(a), the assigned judges have determined that this action should be reassigned to United States District Judge Richard F. Boulware, II because it is related to *Diez v. Richtech Robotics, Inc., et al.*, 2:26-cv-00231-RFB-MDC.

IT IS THEREFORE ORDERED that *Charvi Shah v. Wayne Huang, et al.*, 2:26-cv-01273-APG-DJA is reassigned to Judge Richard F. Boulware, II for all further proceedings.

DATED this 27th day of May, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE