ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
andrew@mlolegal.com

[Additional counsel on signature block]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MOLLY GOURDET, derivatively on behalf of RICHTECH ROBOTICS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZHENWU (WAYNE) HUANG, ZHENQIANG (MICHAEL) HUANG, SAUL FACTOR, STEPHEN MARKSCHEID, and JOHN SHIGLEY,<br><br>Defendants,<br><br>and<br><br>RICHTECH ROBOTICS INC.,<br>Nominal Defendant. | Case No. 2:26-cv-01048-RFB-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS** |
| CHARVI SHAH, derivatively on behalf of RICHTECH ROBOTICS INC.,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE HUANG, MICHAEL HUANG, SAUL FACTOR, STEPHEN MARKSCHEID, JOHN SHIGLEY, and PHIL ZENG,<br><br>Defendants,<br><br>and<br><br>RICHTECH ROBOTICS INC., | Case No. 2:26-cv-01273-RFB-DJA |

| | |
|---|---|
| Nominal Defendant. | |
| KENNETH DAWSON, derivatively on behalf of RICHTECH ROBOTICS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZHENWU (WAYNE) HUANG, ZHENQIANG (MICHAEL) HUANG, SAUL FACTOR, STEPHEN MARKSCHEID, and JOHN SHIGLEY,<br><br>Defendants,<br><br>and<br><br>RICHTECH ROBOTICS INC.,<br><br>Nominal Defendant. | Case No. 2:26-cv-01466-JCM-DJA |

**WHEREAS**, pending in this Court are three related shareholder derivative actions brought by plaintiffs Molly Gourdet, Charvi Shah, and Kenneth Dawson (together, "Plaintiffs") on behalf of nominal defendant Richtech Robotics, Inc. ("Richtech" or the "Company") against Wayne Huang, Michael Huang, Saul Factor, Stephen Markscheid, John Shigley, and Phil Zeng (the "Individual Defendants," and collectively with the Company, "Defendants," and collectively with Plaintiffs, the "Parties"): (i) *Gourdet v. Huang, et al.*, Case No. 2:26-cv-01048-RFB-MDC; (ii) *Shah v. Huang, et al.*, Case No. 2:26-cv-01273-RFB-DJA and (iii) *Dawson v. Huang, et al.*, Case No. 2:26-cv-01466-JCM-DJA (the "Related Actions");

**WHEREAS**, the Related Actions are related to the putative securities class action pending before this Court, captioned *In re Richtech Robotics Inc. Securities Litigation*, C.A. No. 2:26-cv-00231-RFB-MDC, which was filed on February 2, 2026;

**WHEREAS**, Federal Rule of Civil Procedure Rule 42 provides that when actions involve

"a common question of law or fact," the court may: (1) order a joint hearing or trial of any or all matters in issue in the actions; (2) consolidate the actions; and (3) issue any other orders to avoid unnecessary cost or delay;

**WHEREAS**, the Parties agree that the Related Actions arise out of the same factual circumstances, challenge similar alleged misconduct by certain current and former directors and officers, and involve common questions of law and fact;

**WHEREAS**, the Parties therefore agree that the Related Actions should be related, assigned to the same judge, and consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action"), in order to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources;

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Weiser Law Firm, P.C. and The Brown Law Firm, P.C., the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing plaintiffs in the Consolidated Derivative Action;

**WHEREAS**, Defendants take no position regarding appointment of Co-Lead Counsel for plaintiffs;

**WHEREFORE**, it is hereby stipulated and agreed by the Parties, through their undersigned counsel and subject to the approval of the Court, as follows:

1. The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings, trial, and settlement:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Gourdet v. Huang, et al.* | 2:26-cv-01048-RFB-MDC | April 6, 2026 |
| *Shah v. Huang, et al.* | 2:26-cv-01273-RFB-DJA | April 24, 2026 |
| *Dawson v. Huang, et al.,* | 2:26-cv-01466-JCM-DJA | May 13, 2026 |

2. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE RICHTECH ROBOTICS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 2:26-cv-01048-RFB-MDC (Consolidated with Case No. 2:26-cv-01273-RFB-DJA and Case No. 2:26-cv-01466-JCM-DJA) |

3. The files of the Consolidated Derivative Action shall be maintained in one file under Lead Case No. 2:26-cv-01048.

4. Co-Lead Counsel for Plaintiffs in this Consolidated Derivative Action shall be:

**THE WEISER LAW FIRM, P.C.**
James M. Ficaro
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: (610)-225-2677
Facsimile: (610) 408-8062
Email: jmf@weiserlawfirm.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

5. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

7. Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

8. Within seventy-five (75) days of entry of this order, Plaintiffs shall file a consolidated complaint.

9. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Richtech Robotics Inc. Stockholder Derivative Litigation*, Case No. 2:26-cv-01048-RFB-MDC is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Richtech Robotics Inc. Stockholder Derivative Litigation*, Case No. 2:26-cv-01048-RFB-MDC, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later-filed, related shareholder derivative actions involving Richtech filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Derivative Action.

10. All papers and documents previously filed and/or served in the Related Actions shall be deemed a part of the record in the Consolidated Derivative Action.

11. Nothing in this stipulation shall be construed as a waiver of, or prejudice to, any claim, defense, argument, motion or any other request for relief that any party would otherwise have in the Consolidated Derivative Action.

Respectfully submitted:

DATED this 15th day of July, 2026.

**MUEHLBAUER LAW OFFICE, LTD**

*s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer, NV Bar No. 10161
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
andrew@mlolegal.com

DATED this 15th day of July, 2026.

**GARIN LAW GROUP**

*s/ Angela T. Nakamura Ochoa*
Angela T. Nakamura Ochoa, NV Bar No. 10164
Joseph P. Garin, NV Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Telephone: 702-382-1500
aochoa@garinlawgroup.com
jgarin@garinlawgroup.com

**THE BROWN LAW FIRM, P.C.**
Timothy W. Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net

*Counsel for Molly Gourdet and [Proposed] Co-Lead Counsel*

**THE WEISER LAW FIRM, P.C.**
James M. Ficaro, Esq.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-2677
jficaro@weiserlawfirm.com

*Counsel for Carvi Shah and [Proposed] Co-Lead Counsel*

**LEVERTY & ASSOCIATES LAW CHTD.**

*s/ Patrick R. Leverty*
Patrick R. Leverty, Esq. NV Bar No. 8840
608 Lander Street
Reno, NV 89509
Tel.: (775) 322-6636
Fax: (775) 322-3953
Email: pat@levertylaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Kenneth Dawson*

**ELLENOFF GROSSMAN & SCHOLE LLP**
Travis Biffar (*pro hac vice* forthcoming)
Eric Landau (*pro hac vice* forthcoming)
949 South Coast Drive, Suite 200
Costa Mesa, CA 92626
Telephone: (949) 416-3100
tbiffar@egsllp.com
elandau@egsllp.com

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

DATED: September 8, 2026